■ In the Matter of ALVIN DORFMAN, Appellant v. WILLIAM D. MEISSER et al., Constituting the Board of Elections of the County of Nassau, and F. COURTS BOUSE et al., Respondents.— In this proceeding to invalidate petitions designating respondent F. Courts Bouse as a candidate for the Democratic party's nomination for the public office of District Attorney of Nassau County in the Primary Election to be held on June 18, 1968, petitioner appeals from a judgment of the Supreme Court, Nassau County, dated June 3, 1968, which denied the application. Judgment affirmed, without costs. No opinion. Leave is granted to appellant to appeal to the Court of Appeals. Beldock, P. J., Christ, Benjamin, Munder and Martuscello, JJ., concur. [56 Misc 2d 890.]

■ In the Matter of MAUREEN DROHAN, Appellant, v. JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, and JOSEPH F. LISA et al., Respondents.— In this proceeding to invalidate petitions designating respondent Joseph F. Lisa as a candidate for the Democratic party's nomination for the public office of Member of the Assembly from the 31st Assembly District, Queens County, and designating certain other respondents variously as candidates for election to certain party positions in said party, in the Primary Election to be held on June 18, 1968, petitioner herein appeals from a judgment of the Supreme Court, Queens County, dated June 5, 1968, which denied the petition herein in all respects. Judgment affirmed, without costs. No opinion. Leave is granted to appellant to appeal further to the Court of Appeals. Beldock, P. J., Christ, Benjamin, Munder and Martuscello, JJ., concur.

■ In the Matter of ANN GORDON et al., Appellants, v. STANLEY STEINGUT et al., Respondents.— In this proceeding to invalidate petitions designating Stanley Steingut as a candidate for (1) the Democratic party's nomination for the public office of Member of the Assembly from the 41st Assembly District, Kings County, and (2) election to the party position of State Committeeman of said party, in the Primary Election to be held on June 18, 1968, petitioners appeal from a judgment of the Supreme Court, Kings County, dated June 10, 1968, which dismissed the proceeding. Judgment affirmed, without costs. No opinion. Beldock, P. J., Christ, Benjamin, Munder and Martuscello, JJ., concur.

■ In the Matter of MARVIN K. KLEIN, Appellant, v. ABRAHAM FELLNER et al., Respondents.— In this proceeding to invalidate petitions designating certain of the respondents variously as candidates for election to certain party positions in the Democratic party in the Primary Election to be held on June 18, 1968, petitioner appeals from a judgment of the Supreme Court, Queens County, dated June 5, 1968, which denied the application as to the petitions designating respondents Cuales and Gold with respect to the 24th Assembly District, Queens County. (The proceeding was withdrawn as to the petitions designating respondents Fellner and Olson.) Judgment affirmed, without costs. No opinion. Beldock, P. J., Christ, Benjamin, Munder and Martuscello, JJ., concur.